```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYCO FIRE PRODUCTS LP,      :   CIVIL ACTION
                            :   NO. 10-4645
        Plaintiff,          :
                            :
v.                          :
                            :
VICTAULIC COMPANY,          :
                            :
        Defendant.          :
```

**O R D E R**

**AND NOW**, this **4th** day of **October, 2011,** it is hereby **ORDERED** that Plaintiff's motion to stay (doc. no. 41) is **DENIED;**

It is hereby further **ORDERED,** that Plaintiff's motion for leave to file a reply memorandum of law (doc. no. 46) and Defendant's motion for leave to file a surreply memorandum of law (doc. no. 50) are **GRANTED;**[1]

It is hereby further **ORDERED,** that the parties' shall meet and confer, and then shall propose to the Court a revised scheduling order with respect to claim construction briefing by **October 19, 2011.**

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*

**EDUARDO C. ROBRENO, J.**

---

1. The Court considered the substance of both memoranda in its ruling on Plaintiff's motion to say.