IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYCO FIRE PRODUCTS LP d/b/a TYCO FIRE SUPPRESSION & BUILDING PRODUCTS<br><br>Plaintiff,<br><br>v.<br><br>VICTAULIC COMPANY<br><br>Defendant. | CIVIL ACTION<br><br>No.: 10-cv-4645 (ER)<br><br>JURY TRIAL DEMANDED<br><br>ORAL ARGUMENT REQUESTED |

# EXHIBIT 1 OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM OF LAW ON TYCO'S MOTION TO DISMISS DEFENDANT'S NON-INFRINGEMENT AND INVALIDITY COUNTERCLAIMS AND TO STRIKE DEFENDANT'S DEFENSES

*SEALED – SUBJECT TO CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER DATED JULY 22, 2011*

"This submission incorporates Confidential Material, and is not to be opened nor its contents to be revealed to anyone other than authorized court personnel or counsel of record, except by Order of the Court."

# **FILED UNDER SEAL**